**MICHAEL N. FEUER,** City Attorney - SBN 111529
**THOMAS H. PETERS,** Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH**, Deputy City Attorney – SBN 209719
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7027
Fax No.:    (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendant* **CITY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NAVAS, an individual; ALFREDO NAVAS, an individual; A.N., a minor, individually and as successor in interest to Sergio Navas and by and throug his mother and Next Friend Christel Emmet; J.N., a minor, individually and as successor in interest to Sergio Navas and by and throug his mother and Next Friend Chistel Emmet; A.N., a minor, individually and as successor in interest to Sergio Navas and by and through her mother and Next Friend Christel Emmet,<br><br>    Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, a municipality; BRIAN VAN GORDON, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **CASE NO. CV15-09515 DDP (JCx)**<br>Hon. Dean D. Pregerson – Ctrm.3, 2nd Fl<br>Hon. Mag Judge Jacqueline Chooljian – Ctrm. 20, 3rd Fl<br><br>**ANSWER OF DEFENDANT CITY OF LOS ANGELES TO PLAINTIFFS' COMPLAINT FOR DAMAGES** |

**DEFENDANT CITY OF LOS ANGELES,** answering the Plaintiff's Complaint for itself and for no other parties, hereby admits, denies and alleges as follows:

///

1

**"INTRODUCTION"**

1. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**"PARTIES"**

2. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

3. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

4. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

5. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

6. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

7. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

8. Answering this paragraph, Defendants admit that the City of Los Angeles is a municipal corporation in the State of California and that it employed an Officer Van Gordon. As to the remaining allegations, Defendant lacks sufficient information and belief upon which to answer those allegations, and on that basis denies the allegations.

9. Answering this paragraph, Defendants admit that the City of Los Angeles that it employed an Officer Van Gordon as a police officer in the Los Angeles Police Department. As to the remaining allegations, Defendant lacks sufficient information and belief upon which to answer those allegations, and on that basis denies the allegations.

10. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

11. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

12. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

13. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

14. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

## "JURISDICTION AND VENUE"

17. Answering this paragraph, Defendants admit that this Court properly has jurisdiction over this matter. As to the remaining allegations, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

18. Answering this paragraph, Defendants admit that this is the proper venue for this matter.

## "FACTS COMMON TO ALL CLAIMS FOR RELIEF"

19. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 18 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

20. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

21. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

22. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

23. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

24. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

25. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## "FIRST CLAIM FOR RELIEF

### Fourth Amendment Unreasonable Search and Seizure

### Detention and Arrest (42 U.S.C. § 1983)

### (against VAN GORDON AND DOES 1-10)

26. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 25 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

27. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

28. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

29. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

30. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

31. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

33. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

34. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## "SECOND CLAIM FOR RELIEF"

**Fourth Amendment Unreasonable Search and Seizure**

**Excessive Force (42 U.S.C. § 1983)**

**(against VAN GORDON AND DOES 1-10)**

35. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 34 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

36. As this paragraphs does not contain any factual allegations, it goes unanswered.

37. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

38. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

39. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

40. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

41. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

42. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

43. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## "THIRD CLAIM FOR RELIEF"

### Substantive Due Process (42 U.S.C. § 1983)

### (against VAN GORDON and DOES 1-10)

44. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 43 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

45. As this paragraphs does not contain any factual allegations, it goes unanswered.

46. As this paragraphs does not contain any factual allegations, it goes unanswered.

47. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

48. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

49. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

50. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

51. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

52. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## "FOURTH CLAIM FOR RELIEF

**Municipal Liability for Unconstitutional Custom or Policy**

**(42 U.S.C. § 1983)**

**(against Defendant CITY of LOS ANGELES)"**

53. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 52 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

54. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

55. Answering this paragraph and each of its subparts, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

56. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

57. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

58. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

59. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

60. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

61. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

62. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

63. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

64. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

65. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

66. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## "FIFTH CLAIM FOR RELIEF

### Battery (Cal. Govt. Code §820 and California Common Law)

### (Wrongful Death)

### (against all Defendants)

67. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 66 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

68. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

69. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

70. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

///
///
///
///
///

**SIXTH CLAIM FOR RELIEF**

**Negligence (Cal. Govt. Code §820 and California Common Law)**

**(Wrongful Death)**

**(against all Defendants)**

71. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 70 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

72. Answering this paragraph and each of its subparts, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

73. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

74. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**SEVENTH CLAIM FOR RELIEF**

**Violation of Cal. Civ. Code §52.1 and California Common Law)**

**(all Defendants)**

76. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 77 [sic] of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

/ / /

77. As this paragraph does not contain any factual allegations, it goes unanswered.

78. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

79. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

81. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

82. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

83. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## **AFFIRMATIVE DEFENSES**

As separate and distinct affirmative defenses, Defendant alleges each of the following:

/ / /

/ / /

/ / /

**FIRST AFFIRMATIVE DEFENSE TO THE COMPLAINT**
**AND EACH PURPORTED CAUSE OF ACTION THEREIN**
**(Failure To State A Cause of Action)**

1.  Defendant alleges that the complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendant.

**SECOND AFFIRMATIVE DEFENSE TO THE COMPLAINT**
**AND EACH PURPORTED CAUSE OF ACTION THEREIN**
**(Qualified Immunity - Federal)**

2.  Defendant is protected from liability under the doctrine of qualified immunity because the alleged conduct of Defendant's employees did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**THIRD AFFIRMATIVE DEFENSE TO THE COMPLAINT**
**AND EACH PURPORTED CAUSE OF ACTION THEREIN**
**(Qualified Immunities - State)**

3.  Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: California Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4.

**FOURTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**
**AND EACH PURPORTED CAUSE OF ACTION THEREIN**
**(Statute of Limitations)**

4.  Some or all of Plaintiffs' claims may be barred by the Statute of Limitations.

**FIFTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**
**AND EACH PURPORTED CAUSE OF ACTION THEREIN**
**(Failure to Comply With California Tort Claims Act,**
**Government Code § 910 et seq)**

5.   Some or all of the state claims are barred for Plaintiffs' failure to comply with the provisions of the California Tort Claims Act, Government Code §§ 910 et seq.

**SIXTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**
**AND EACH PURPORTED CAUSE OF ACTION THEREIN**
**(Contributory Negligence By Plaintiff)**

6.   Defendant alleges that the decedent, Sergio Navas, was negligent in that he failed to use ordinary care, caution and prudence in and about the matters alleged in the operative complaint and in each cause of action therein. The answering Defendant further alleges that the damages alleged were directly and proximately caused and contributed to by the negligence of the decedent and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**SEVENTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**
**AND EACH PURPORTED CAUSE OF ACTION THEREIN**
**(Contributory Negligence By Other Persons)**

7.   Defendant alleges that the damages complained of by Plaintiffs, if any, were either wholly or in part directly and proximately caused by the negligence or other culpable conduct of other persons or entities other than the answering Defendant. The damages alleged, if any, were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

/ / /
/ / /

## EIGHTH AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Self-Defense)

8. The force used against Plaintiffs, if any, was caused and necessitated by the actions of the decedent, Sergio Navas, and was reasonable and necessary for self-defense.

## NINTH AFFIRMATIVE DEFENSE TO THE FIRST AMENDED
## COMPLAINT AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Defense of Others)

9. The force used against the decedent, Sergio Navas, if any, was caused and necessitated by the actions of the decedent, Sergio Navas, and was reasonable and necessary for the defense of others.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by this action;
2. That the action be dismissed;
3. That Defendant be awarded costs of suit;
4. That Defendant be awarded other and further relief as the Court may deem just and proper, pursuant to California Code of Civil Procedure §1038.

Dated: February 25, 2016  **MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: _____/S/*Colleen R. Smith*_____

**COLLEEN R. SMITH**, Deputy City Attorney
*Attorneys for Defendant* **CITY OF LOS ANGELES**

15

## **DEMAND FOR JURY TRIAL**

Defendant hereby demands and requests a trial by jury in this matter.

Dated: February 25, 2016      **MICHAEL N. FEUER**, City Attorney
                              **THOMAS H. PETERS,** Chief Assistant City Attorney
                              **CORY M. BRENTE**, Assistant City Attorney


                   By: _____/S/*Colleen R. Smith*_____

                       **COLLEEN R. SMITH**, Deputy City Attorney
                       *Attorneys for Defendant* **CITY OF LOS ANGELES**