```
                                FILED
                        CLERK, U.S. DISTRICT COURT

                              Jan 13, 2017

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY: ___PMC___ DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NAVAS, an individual; ALFREDO NAVAS, an individual; A.N., a minor, individually and as successor in interest to Sergio Navas and by and throug his mother and Next Friend Christel Emmet; J.N., a minor, individually and as successor in interest to Sergio Navas and by and throug his mother and Next Friend Chistel Emmet; A.N., a minor, individually and as successor in interest to Sergio Navas and by and through her mother and Next Friend Christel Emmet, A.B., a minor, individually and as successor in interest to Sergio Navas and by and throug his mother Blanca Chevez; R.B., a minor, individually and as successor in interest to Sergio Navas and by and through his mother Blanca Chevez;<br><br>   Plaintiffs,<br> vs.<br><br>CITY OF LOS ANGELES, a municipality; BRIAN VAN GORDON, an individual; and DOES 1 through 10, inclusive,<br><br>   Defendants. | CASE NO. CV15-09515 SVW (JCx)<br>Hon. Stephen V. Wilson – Ctrm.6, 2nd Fl<br>Hon. Mag Judge Jacqueline Chooljian – Ctrm. 20, 3rd Fl<br><br>[~~PROPOSED~~] STIPULATED JUDGMENT AND DISMISSAL OF ENTIRE ACTION |

1

1 | The parties, having reached a settlement in this action, hereby stipulate to entry
2 | of the following judgment against the CITY OF LOS ANGELES, *only*, in this matter.
3 | This stipulated judgment is not an admission of liability by any party, and Defendant
4 | BRIAN VAN GORDON is hereby dismissed with prejudice from this matter.

5 | By reason of said settlement, Plaintiffs ROSA NAVAS, an individual; ALFREDO
6 | NAVAS, an individual; A.N., a minor, individually and as successor in interest to Sergio
7 | Navas and by and through his mother and Next Friend Christel Emmet; J.N., a minor,
8 | individually and as successor in interest to Sergio Navas and by and through his mother
9 | and Next Friend Chistel Emmet; A.N., a minor, individually and as successor in interest
10 | to Sergio Navas and by and through her mother and Next Friend Christel Emmet, A.B.,
11 | a minor, individually and as successor in interest to Sergio Navas and by and through
12 | his mother Blanca Chevez; R.B., a minor, individually and as successor in interest to
13 | Sergio Navas and by and through his mother Blanca Chevez are entitled to judgment
14 | against Defendants CITY OF LOS ANGELES in the amount of $2,500,000.00, which
15 | includes all attorney's fees and costs incurred by Plaintiffs.

16 | Now, therefore, it is ORDERED, ADJUDGED AND DECREED that Plaintiff
17 | SAMUEL CALHOUN ARRINGTON, shall have and recover $2,500,000.00 against
18 | Defendant CITY OF LOS ANGELES. This amount includes all attorney's fees and
19 | costs incurred by Plaintiffs.

20 | JUDGMENT IS HEREBY ENTERED IN FAVOR OF ALL PLAINTIFFS ON
21 | ALL CLAIMS.

23 | *IT IS SO ORDERED.*

25 | DATED:  January 13, 2017          _____
26 |                                    HONORABLE STEPHEN V. WILSON
27 |                                    UNITED STATES DISTRICT COURT JUDGE

2