FILED
CLERK, U.S. DISTRICT COURT

Feb 9, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NAVAS, an individual; ALFREDO NAVAS, an individual; A.N., a minor, individually and as successor in interest to Sergio Navas and by and throug his mother and Next Friend Christel Emmet; J.N., a minor, individually and as successor in interest to Sergio Navas and by and throug his mother and Next Friend Chistel Emmet; A.N., a minor, individually and as successor in interest to Sergio Navas and by and through her mother and Next Friend Christel Emmet, A.B., a minor, individually and as successor in interest to Sergio Navas and by and throug his mother Blanca Chevez; R.B., a minor, individually and as successor in interest to Sergio Navas and by and through his mother Blanca Chevez;<br><br>        Plaintiffs,<br>  vs.<br><br>CITY OF LOS ANGELES, a municipality; BRIAN VAN GORDON, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | **CASE NO. CV15-09515 SVW (JCx)**<br>Hon. Stephen V. Wilson – Ctrm.10A, 10th Fl<br>Hon. Mag Judge Jacqueline Chooljian – Ctrm. 20, 3rd Fl<br><br>**AMENDED STIPULATED JUDGMENT AND DISMISSAL OF ENTIRE ACTION** |

1

The parties, having reached a settlement in this action, hereby stipulate to entry of the following judgment against the CITY OF LOS ANGELES, *only*, in this matter. This stipulated judgment is not an admission of liability by any party, and Defendant BRIAN VAN GORDON is hereby dismissed with prejudice from this matter.

By reason of said settlement, Plaintiffs ROSA NAVAS, an individual; ALFREDO NAVAS, an individual; A.N., a minor, individually and as successor in interest to Sergio Navas by and through his guardian ad litem Christel Emmet; J.N., a minor, individually and as successor in interest to Sergio Navas and by and through his guardian ad litem Christel Emmet; A.N., a minor, individually and as successor in interest to Sergio Navas by and through her guardian ad litem Christel Emmet; A.B., a minor, individually and as successor in interest to Sergio Navas by and through his guardian ad litem Blanca Chevez; and R.B., a minor, individually and as successor in interest to Sergio Navas by and through her guardian ad litem Blanca Chevez, are entitled to judgment against Defendants CITY OF LOS ANGELES in the amount of $2,500,000.00, which includes all attorney's fees and costs incurred by Plaintiffs.

Now, therefore, it is ORDERED, ADJUDGED AND DECREED that Plaintiffs ROSA NAVAS, an individual; ALFREDO NAVAS, an individual; A.N., a minor, individually and as successor in interest to Sergio Navas by and through his guardian ad litem Christel Emmet; J.N., a minor, individually and as successor in interest to Sergio Navas by and through his guardian ad litem Christel Emmet; A.N., a minor, individually and as successor in interest to Sergio Navas by and through her guardian ad litem Christel Emmet; A.B., a minor, individually and as successor in interest to Sergio Navas by and through his guardian ad litem Blanca Chevez; R.B., a minor, individually and as successor in interest to Sergio Navas by and through her guardian ad litem Blanca Chevez, shall have and recover $2,500,000.00 against Defendant CITY OF LOS ANGELES *only*.  This amount includes all attorney's fees and costs incurred by Plaintiffs.

JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFFS ROSA

NAVAS, an individual; ALFREDO NAVAS, an individual; A.N., a minor, individually and as successor in interest to Sergio Navas by and through his guardian ad litem Christel Emmet; J.N., a minor, individually and as successor in interest to Sergio Navas by and through his guardian ad litem Christel Emmet; A.N., a minor, individually and as successor in interest to Sergio Navas by and through her guardian ad litem Christel Emmet; A.B., a minor, individually and as successor in interest to Sergio Navas by and through his guardian ad litem Blanca Chevez; and R.B., a minor, individually and as successor in interest to Sergio Navas by and through her guardian ad litem Blanca Chevez ON ALL CLAIMS.

*IT IS SO ORDERED.*

DATED:   February 9, 2017

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE