LAW OFFICES OF JOHN Z. SHAFAI
John Z. Shafai [State Bar No. 170518]
9461 Charleville Boulevard
Beverly Hills, California 90212
Telephone:  (310) 788-2889
Facsimile:  (310) 788-2885
john@shafailaw.com

Attorneys for Petitioner,
OPEN CAPITAL, LLC, as Assignee of Plaintiff, A.N.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA NAVAS, an individual; ALREDO NAVAS, an individual; A.N., a minor, individually and as successor in interest to Sergio Navas and by and through his mother and Next Friend Christel Emmet; J.N., a minor, individually and as successor in interest to Sergio Navas and by and through his mother and Next Friend Christel Emmet; A.N., a minor, individually and as successor in interest to Sergio Navas and by and through his mother and Next Friend Christel Emmet;                     Plaintiffs,<br><br>          vs.<br><br>CITY OF LOS ANGELES, a municipality; BRIAN VAN GORDON, an individual; and DOES 1 through 10, inclusive,<br><br>                   Defendants. | CASE NO.  15-ev-9515 SVW (JCx)<br><br>[*Honorable Stephen V. Wilson*]<br><br>[PROPOSED] ORDER GRANTING MOTION BY PETITIONER OPEN TABLE, LLC, FOR APPROVAL OF TRANSFER OF STRUCTURED SETTLEMENT PAYMENT RIGHTS<br><br>Date:   November 30, 2020<br>Time:   1:30 p.m.<br>Place:  Courtroom 10A<br>        Unite States District Court<br>        350 West First Street, 10th Floor<br>        Los Angeles, California 90012 |

Good cause appearing therefor, the Motion of Open Table, LLC, for an order approving the transfer of structured settlement payment rights is hereby GRANTED and it is therefore ORDERED that A.N. can complete his transfer of structured settlement payment rights approved by the Los Angeles County Superior pursuant to California Insurance Code, section 10139.5, and 26 U.S.C. §5891.

DATED: _____, 2020


_____
Hon. STEPHEN V. WILSON,
Judge of the United States District Court

## PROOF OF SERVICE BY MAIL

I am over the age of 18 years, and not a party to the within action; my business address is 9461 Charleville Boulevard, #334, Beverly Hills, California 90212.

On **October 27, 2020,** a true and correct copy of the within document(s) more fully described as **[PROPOSED] ORDER GRANTING MOTION BY PETITIONER OPEN TABLE, LLC FOR APPROVAL OF TRANSFER OF STRUCTURED SETTLEMENT PAYMENT RIGHTS** was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, on the party(ies) named below, and that envelope was placed for collection and mailing on that date following ordinary business practices addressed as follows:

**[PROPOSED] ORDER GRANTING MOTION BY PETITIONER OPEN TABLE, LLC, FOR APPROVAL OF TRANSFER OF STRUCTURED SETTLEMENT PAYMENT RIGHTS**

**Dale K. Galipo, Esq.**
**Melanie T. Partow, Esq.**
**THE LAW OFFICES OF DALE K.**
**GALIPO**
**21800 Burbank Blvd., Suite 310**
**Woodland Hills, CA 91367**

**Cory Brente**
**Colleen Smith**
**200 N. Main St., 6th Floor**
**Los Angeles, CA 90012**

**A.N.**
**12336 Foxcroft Place**
**Granada Hills, CA 91344**

**Christel Emmet**
**12336 Foxcroft Place**
**Granada Hills, CA 91344**

**CPT**
**1 Civic Center Drive – Suite 310**
**San Marcos, CA 92069**

**Department of Health Services, Remainder Beneficiary**
**MS 4720, P.O. Box 997425,**
**Sacramento, CA 95899-7425**

**Department of Mental Health, Remainder Beneficiary**
**1600 9th Street, Sacramento, CA 95814**

**BY MAIL:**

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing.  Under that practice, it is deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing Proof of Service is true and correct and that this declaration was executed on **October 27, 2020**.

*Ariana Blumenfeld-James*

Ariana Blumenfeld-James